# Exhibit E

Met. Life

Re: Life Ins Policy of my Mother. Gail a. Guerriero
Group # 34360
# DOB. REDACTED
35  REDACTED

I Bridgett M. Gallagher,
being of sound minds, strong body and good character wish to challenge the validity of my mom's change of Executor from my DAD, Kevin M Gallagher to her mothers (Annette Guerriero)

It is both my belief and my father's that the Executor was changed while my mom was under "undue Influence" while in a Drug induced state, and thus not capable of making a rational decision

I was present when my mother expressed her wishes, as how to best use the proceeds from her Ins. Policy.

Please Respect my wishes and allow due process to run its course. Everything will be done legally and with my best interest in mind

To ignore this Request would be to expose Met. Life to a lawsuit.
— thank you.

My Lawyer's card is enclosed. Walk softly.

COPY